## CIRCUIT COURT OF THE CITY OF RICHMOND

Ford Pile Foundations, Inc.

v.

W. O. Grubb Steel
Erection, Inc.,
and Oliver Wells

September 17, 1997

Case No. LB-2591

BY JUDGE T. J. MARKOW

The parties appeared, by counsel and by witnesses, for trial by the court on the issues joined, and evidence was presented and argument was heard.

The court finds that the plaintiff and defendant Grubb Steel entered a verbal contract whereby the defendant Grubb Steel was to supply to plaintiff a 100-ton Crawler crane and a crane operator for the purpose of driving pilings to support a bridge being built by the plaintiff. While the crane was moving a piling, its lead, and driver into position, the crane tipped over, causing damage to equipment, delays, and other damages.

Defendant Grubb Steel's operator had plaintiff's job superintendent sign a "Project Work Authorization" form on some of the days work was done and in particular the day of the accident. In the form, defendant Grubb Steel attempts to deny any warranties to limit its liability to the rental fees charged and to make the employee the agent of the lessee (here the plaintiff). It now claims that there is a defense to this claim. The corporate defendant, however, concedes that even if its liability were limited, the crane operator would still be liable for his negligence to the full extent of any loss suffered by plaintiff.

This form was not the contract between the parties. The testimony was that this was the means of keeping a record of the time and the equipment and driver working on a particular day. The only evidence of the contract between the parties was that the terms were negotiated before the crane ever got to the

site, that it was verbal, and that there was no mention of the terms printed on the form in the negotiations.

The Project Work Authorization form did not operate to absolve the corporate defendant of its liability for negligence of its employee, nor to limit its liability. It could have done both by having entered a contract, verbal or written, with these terms having been bargained for and agreed upon.

Having considered all of the evidence, the court finds that the crane fell because of the negligence of the crane operator and that the defendants are liable for all damages proximately caused to the plaintiff. The court finds those damages to be $58,000 plus interest from September 1, 1996.

It is, therefore, ordered that the plaintiff, Ford Pile Foundations, Inc., shall have judgment against the defendants, W. O. Grubb Steel Erection, Inc., and Oliver Wells, and each of them for $58,000, plus interest from September 1, 1996, until paid, all at the judgment rate, plus the plaintiff's costs.